```
 1  JOSEPH T. MCNALLY
    Acting United States Attorney
 2  LINDSEY GREER DOTSON
    Assistant United States Attorney
 3  Chief, Criminal Division
    JENA A. MACCABE (Cal. Bar No. 316637)
 4  Assistant United States Attorney
    Violent and Organized Crime Section
 5       1300 United States Courthouse
         312 North Spring Street
 6       Los Angeles, California 90012
         Telephone: (213) 894-5046
 7       Facsimile: (213) 894-0141
         E-mail:    jena.maccabe@usdoj.gov
 8
    Attorneys for Plaintiff
 9  UNITED STATES OF AMERICA
```

10                         UNITED STATES DISTRICT COURT

11                    FOR THE CENTRAL DISTRICT OF CALIFORNIA

| 12 | UNITED STATES OF AMERICA, | No. 2:25-mj-01494-DUTY |
|----|---|---|
| 13 |              Plaintiff, | NOTICE OF APPEARANCE |
| 14 |                    v.   | |
| 15 | EUGENE HENLEY, JR., et al., | |
| 16 |              Defendants. | |

17

18      Plaintiff United States of America, by and through its counsel

19 of record, the Acting United States Attorney for the Central District

20 of California and Assistant United States Attorney Jena A. MacCabe,

21 hereby advises the Court that the above-captioned case has been

22 assigned to the following Assistant United States Attorney ("AUSA"):

| | Name | E-mail Address |
|---|---|---|
| Newly Assigned AUSA | Jena A. MacCabe | jena.maccabe@usdoj.gov |

26      Please make all necessary changes to the Court's Case

27 Management/Electronic Case Filing system to ensure that the newly

28 assigned AUSA, Jena A. MacCabe, is associated with this case as

attorney of record for plaintiff and that she receives all e-mails relating to filings in this case.

Dated: March 20, 2025

Respectfully submitted,

JOSEPH T. MCNALLY
Acting United States Attorney

LINDSEY GREER DOTSON
Assistant United States Attorney
Chief, Criminal Division

         /s/
JENA A. MACCABE
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

2